1 RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
2 JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
3 RONDA MCKAIG (Bar No. 216267)
rmckaig@skadden.com
4 RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
5 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
6 Los Angeles, California 90071-3144
Tel: (213) 687-5000
7 Fax: (213) 687-5600

8 Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. C06-70450 CRB (JCS) |
|---|---|
| Plaintiff, | ) DENYING<br>) [~~PROPOSED~~] ORDER ~~GRANTING~~<br>) DEFENDANT GREGORY L. REYES'S |
| v. | ) **EX PARTE** APPLICATION TO<br>) SHORTEN TIME TO FILE AND BE |
| GREGORY L. REYES, et al., | ) HEARD ON MOTION TO DISMISS<br>) CRIMINAL COMPLAINT, OR, IN |
| Defendants | ) THE ALTERNATIVE, REQUEST FOR<br>) AN EXPEDITED PRELIMINARY<br>) HEARING |

Date: August 2, 2006
Time: 2 p.m.
Judge: Hon. Joseph C. Spero
Courtroom: A, 15th Floor

---

[~~PROPOSED~~] ORDER ~~GRANTING~~ DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION FOR ORDER
DENYING    ~~GRANTING~~ SHORTENED TIME
DENYING    **CASE NO. C06-70450 CRB (JCS)**

1  Defendant Gregory L. Reyes ("Reyes") <u>Ex</u> <u>Parte</u> Application to Shorten Time to File and
2  Be Heard on Motion to Dismiss Criminal Complaint, or, in the Alternative, Request for Expedited
3  Preliminary Hearing came on for expedited hearing on August 2, 2006, at 2 p.m., the Honorable
4  Joseph C. Spero presiding. After consideration of the Application, and all papers filed in support
5  thereof, as well as the argument of counsel and the other pleadings and papers on file in this action,
6  and good cause appearing,

7  IT IS HEREBY ORDERED that:

8  The <u>Ex</u> <u>Parte</u> Application is GRANTED for the reasons stated in Reyes's moving papers.

10  SO ORDERED:

11  Dated:  7/28/6

12  _____
    ~~Joseph C.~~ Spero

[DENIED stamp — Judge Joseph C. Spero]

15  RESPECTFULLY SUBMITTED BY:

17  ____/s/ Richard Marmaro_____
    RICHARD MARMARO, State Bar No. 91387
18  JACK P. DICANIO, State Bar No. 138782
    RONDA MCKAIG, State Bar No. 216267
19  RYAN H. WEINSTEIN, State Bar No. 240405
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
20  300 S. Grand Avenue
    Los Angeles, CA  90071
21  Tel:  (213) 687-5000
    Fax:  (213) 687-5600
22
    Attorneys for Defendant
23  Gregory L. Reyes

---

[~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION FOR ORDER ~~GRANTING~~ DENYING SHORTENED TIME
**CASE NO. C06-70450 CRB (JCS)**