Clear Form

DOCUMENTS UNDER SEAL □   DOCUMENT NUMBER:

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Betty Fong | REPORTER/FTR<br>9:36-9:40a (4m) | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>Edward M. Chen | DATE<br>August 30, 2006 | NEW CASE<br>□ | CASE NUMBER<br>CR06-0556 CRB | |

### APPEARANCES

| DEFENDANT<br>Gregory L. Reyes | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Richard Marmaro | PD. □  RET. ☒<br>APPT. □ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Christopher Steskal | INTERPRETER | | □ FIN. AFFT SUBMITTED | | □ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | □ DEF ELIGIBLE FOR APPT'D COUNSEL | □ PARTIAL PAYMENT OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)

| □ INITIAL APPEAR<br>time | □ PRELIM HRG<br>time | □ MOTION<br>time | □ JUGM'T & SENTG<br>time | □ STATUS<br>time |
|---|---|---|---|---|
| □ I.D. COUNSEL<br>time | ☒ ARRAIGNMENT<br>time 4m | □ BOND SIGNING<br>time | □ IA PET TO REV PRB<br>time | □ BAIL REVIEW<br>time |
| □ DETENTION HRG<br>time | □ REMOVAL HRG<br>time | □ CHANGE PLEA<br>time | □ PROB. REVOC.<br>time | □ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| □ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | □ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>□ CASH   $ | CORPORATE SECURITY □ | REAL PROPERTY: □ |
|---|---|---|

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| □ CONSENT ENTERED | ☒ NOT GUILTY | □ GUILTY | GUILTY TO COUNTS: □ |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | □ CHANGE OF PLEA | □ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/30/06 | □ I.D. COUNSEL | □ BOND SIGNING | □ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:15 p.m. | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR | □ CHANGE OF PLEA | □ BAIL REVIEW |
| BEFORE HON.<br>CRB | □ DETENTION HEARING | ARRAIGN-MENT | □ MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | □ TIME EXCLUDABLE UNDER 18 § USC 3161 | □ IDENTITY/ REMOVAL | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS