RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
DOUGLAS B. ADLER (Bar No. 130749
dadler@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
STEPHEN HAYDON-KHAN (Bar No. 193411)
shaydonk@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES and STEPHANIE JENSEN,<br><br>　　　　　Defendants. | CASE NO. CR06-0556 CRB<br><br>**STIPULATION TO CONTINUE DATE OF HEARING ON MAXIM'S MOTION TO QUASH RULE 17(c) SUBPOENA; AND [PROPOSED] ORDER THEREON** |

## STIPULATION

Third-Party Maxim Integrated Products, Inc. ("Maxim"), and defendant Gregory L. Reyes ("Reyes"), through their respective counsel of record, hereby submit this stipulation to continue the hearing on Maxim's Motion to Quash Subpoena Served on Maxim Integrated Products ("Motion to Quash"), due to unavailability of counsel, to December 6, 2006, at 2:15 p.m.

STIPULATION TO CONTINUE HEARING ON MAXIM'S MOTION TO QUASH;　　NO. CR06-0556 CRB

**THEREFORE, IT IS HEREBY STIPULATED** that

1. The date of the hearing on Maxim's Motion to Quash be continued to December 6, 2006, at 2:15 p.m.

2. Reyes will serve his Opposition to Maxim's Motion to Quash on or before November 27, 2006, and furnish a copy to Maxim's counsel by electronic mail.

DATED: November 7, 2006,

DATED: November 7, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____
Douglas B. Adler
Attorneys for Defendant
Gregory L. Reyes

DATED: November 7, 2006

QUINN, EMANUEL, URQUHART, OLIVER & HEDGES LLP

_____
John M. Potter
Scott G. Lawson
Patrick Doolittle
Christina L. Wu
Attorneys for Thirt-Party
Maxim Integrated Products, Inc.

ORDER

Pursuant to the foregoing stipulation of the parties,

IT IS SO ORDERED.

DATED: November 8, 2006

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

2