UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED 06 DEC 20 PM 12:50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br>v.<br><br>Gregory L. Reyes and Stephanie Jensen<br><br>Defendant(s). | CASE NO. CR 06-0556 CRB<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Christopher J. Gunther, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 Telephone: 212-735-2000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Gregory L. Reyes.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 3, 2007

United States District Judge
Charles R. Breyer

American LegalNet, Inc.
www.USCourtForms.com