1  RICHARD MARMARO (Bar No. 91387)
   rmarmaro@skadden.com
2  JACK P. DICANIO (Bar No. 138782)
   RONDA J. MCKAIG (Bar No. 216267)
3  RYAN H. WEINSTEIN (Bar No. 240405)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4  300 South Grand Avenue
   Los Angeles, California 90071-3144
5  Tel: (213) 687-5000
   Fax: (213) 687-5600

6  CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
7  cgunther@skadden.com
   4 Times Square
8  New York, New York  10036
   Tel: (212) 735-3000
9  Fax: (212) 735-2000

10 Attorneys for Defendant GREGORY L. REYES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES and STEPHANIE JENSEN,<br><br>Defendants. | CASE NO. CR 06 0556 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS, VOIR DIRE QUESTIONS, VERDICT FORMS, JURY QUESTIONNAIRE, AND UNITED STATES' WITNESS AND EXHIBIT LISTS**<br><br>Trial Date:  June 18, 2007<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

The United States and defendants Gregory L. Reyes and Stephanie Jensen, by and through their respective counsel, hereby agree and stipulate as follows:

**STIPULATION**

WHEREAS pursuant to the Court's March 29, 2007 Pretrial Scheduling Order, the parties are to file Proposed Jury Instructions, Proposed Voir Dire Questions, Proposed Verdict Forms, and a Joint Proposed Jury Questionnaire by Friday, May 11, 2007; and

WHEREAS the parties seek additional time to prepare these filings; and

WHEREAS pursuant to the Court's March 29, 2007 Pretrial Scheduling Order, the United States is to file its Witness and Exhibit Lists by Friday May 11, 2007; and

WHEREAS the Assistant United States Attorney needs additional time to prepare its Witness and Exhibit Lists;

IT IS HEREBY AGREED AND RESOLVED, subject to the Court's approval, that the parties shall file Proposed Jury Instructions, Proposed Voir Dire Questions, Proposed Verdict Forms, and a Joint Proposed Jury Questionnaire by Friday, May 18, 2007; and the United States shall file its Witness and Exhibit Lists by Monday, May 14, 2007.

May 9, 2007               U.S. DEPARTMENT OF JUSTICE

                          ___/s/_____
                          Timothy P. Crudo
                          United States Assistant Attorney


May 9, 2007               SKADDEN, ARPS, SLATE,
                              MEAGHER & FLOM LLP

                          ___/s/_____
                          Richard Marmaro
                          Attorney for Gregory L. Reyes

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS, VOIR DIRE QUESTIONS, VERDICT FORMS, JURY QUESTIONNAIRE, AND UNITED STATES' WITNESS AND EXHIBIT LISTS; CASE NO. CR 06 0556 CRB
1

| | |
|---|---|
| 1 | |
| 2 | May 9, 2007  KEKER & VAN NEST LLP |
| 3 | ___/s/_____ |
| 4 | Jan N. Little<br>Attorney for Stephanie Jensen |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS, VOIR DIRE QUESTIONS, VERDICT FORMS, JURY QUESTIONNAIRE, AND UNITED STATES' WITNESS AND EXHIBIT LISTS; CASE NO. CR 06 0556 CRB

2

# [PROPOSED] ORDER

For good cause appearing, the parties' request for extensions of certain deadlines is granted. The parties shall file Proposed Jury Instructions, Proposed Voir Dire Questions, Proposed Verdict Forms, and a Joint Proposed Jury Questionnaire by Friday, May 18, 2007; and the United States shall file its Witness and Exhibit Lists by Monday, May 14, 2007.

**IT IS SO ORDERED.**

Dated: May 10, 2007

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Christopher J. Gunther (admitted *Pro Hac Vice*)
Jack P. DiCanio
Ronda J. McKaig

By: /s/ Richard Marmaro
RICHARD MARMARO
Attorneys for Defendant
GREGORY L. REYES

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS, VOIR DIRE QUESTIONS, VERDICT FORMS, JURY QUESTIONNAIRE, AND UNITED STATES' WITNESS AND EXHIBIT LISTS; CASE NO. CR 06 0556 CRB

3