1  RICHARD MARMARO (Bar No. 91387)
   rmarmaro@skadden.com
2  JACK P. DICANIO (Bar No. 138782)
   jdicanio@skadden.com
3  RONDA J. MCKAIG (Bar No. 216267)
   rmckaig@skadden.com
4  300 South Grand Avenue
   Los Angeles, California 90071-3144
5  Tel: (213) 687-5000
   Fax: (213) 687-5600
6
   CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
7  cgunther@skadden.com
   4 Times Square
8  New York, New York  10036
   Tel: (212) 735-3000
9  Fax: (212) 735-2000

10 Attorneys for Defendant Gregory L. Reyes

11

12                 **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN FRANCISCO DIVISION**

15

16 UNITED STATES OF AMERICA,            CASE NO. CR 06-0556 CRB

17                 Plaintiff,           **REQUEST FOR PERMISSION TO USE**
                                        **ELECTRONIC EQUIPMENT DURING**
18     vs.                              **MAY 16, 2007 HEARING; and**

19 GREGORY L. REYES                     ~~**[PROPOSED]**~~ **ORDER GRANTING**
                                        **PERMISSION TO USE ELECTRONIC**
20                 Defendant.           **EQUIPMENT**
                                                      23
21                                      Date:      May ~~16~~, 2007
22                                      Time:      2:15 p.m.
                                        Judge:     Hon. Charles R. Breyer
23                                      Courtroom: 8, 19th Floor

24

25

26

27

28

## REQUEST FOR PERMISSION TO USE ELECTRONIC EQUIPMENT

Gregory L. Reyes requests permission to use electronic equipment during the hearing on his Motion to Dismiss the Indictment for Fundamental Ambiguity in the Accounting Pronouncements, scheduled to be held on May ~~16~~ 23, 2007 at 2:15 pm.  The equipment Mr. Reyes requests permission to use is as follows:  four (4) laptop computers, one(1) digital projector, one (1) projection screen, one (1) audio speaker, and miscellaneous cables and connectors.

## ~~[PROPOSED]~~ ORDER

Having considered the request for permission to use electronic equipment during the hearing on Mr. Reyes's Motion to Dismiss the Indictment for Fundamental Ambiguity in the Accounting Pronouncements scheduled to be held May ~~16~~ 23, 2007 at 2:15 pm, and for good cause appearing, permission to use the requested equipment in Courtroom 8 is **GRANTED**.  The equipment to be used is as follows:  four (4) laptop computers, one (1) digital projector, one (1) projection screen, one (1) audio speaker, and miscellaneous cables and connectors.

**IT IS SO ORDERED**.

Dated:  May 16, 2007

_____

HONORABLE CHARLES R. BREYER
Judge of the United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

Respectfully submitted:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Richard Marmaro_____
   RICHARD MARMARO
   Attorneys for Defendant Gregory L. Reyes

---

REQUEST AND [PROPOSED] ORDER GRANTING PERMISSION TO USE ELECTRONIC EQUIPMENT; CASE NO.
CR 06-0556 CRB