| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **May 23, 2007**

Reporter**: Juanita Gonzalez**

| | |
|---|---|
| **Case No: CR-06-0556 -CRB** | **DEFT:  GREGORY REYES, STEPHANIE JENSEN** |
| | (X)Present |
| AUSA:  Tim Crudo, Adam Reeves | DEF ATTY:  Richard Marmaro, Jan Little |

**REASON FOR HEARING:**

| | |
|---|---|
| D's Motion to Dismiss Ct 2, Alternatively Cts 5 thru 7 | Denied |
| D's Motion to Dismiss Cts 9 & 10 | Denied |
| D's Motion to Dismiss Indictment because of Fundamental Ambiguity In the Underlying Accounting Pronouncements | Submitted |
| D's Motion to Compel Production | Submitted |
| D's Motion for Continuance of Trial Date | Denied |

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** May 30, 2007 @ 9:30 a.m.  **for** Pre Trial Conference

**JUDGMENT**

Notes:  jury selection and trial remains as set: jury selection 6/11/07; jury trial 6/18/07