RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
cgunther@skadden.com
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant Gregory L. Reyes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES<br><br>    Defendant. | CASE NO. CR 06-0556 CRB<br><br>**REQUEST FOR PERMISSION TO USE INTERNET AND ELECTRONIC EQUIPMENT AT TRIAL; and**<br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO USE INTERNET AND ELECTRONIC EQUIPMENT AT TRIAL**<br><br>Date:   June 12, 2007<br>Time:   8:30 a.m.<br>Judge:  Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

## REQUEST FOR PERMISSION TO USE INTERNET AND ELECTRONIC EQUIPMENT

Gregory L. Reyes requests permission to use internet and electronic equipment during jury selection scheduled to begin June 12, 2007, and throughout trial. Pursuant to discussions with the Court Clerk, we anticipate that installation of this equipment will occur on June 8, 2007 at 1:00 pm.

### Internet

Mr. Reyes requests permission to arrange for the provision of secure high-speed internet access in the courtroom during the upcoming trial. This connection will enable the trial team in the courtroom to stay connected to our online case repository and resources in the office during critical moments of the proceedings. This will greatly facilitate the effective representation of our client in this matter by reducing the paper and personnel required in the courtroom.

Subject to the Court's approval, we will retain an outside vendor to provide these services. This process will not require any Court resources, and is completely independent of the Court's existing computer systems. Many trials in federal courts throughout the country have permitted the use of this type of internet connection, including recent cases in the San Francisco federal courthouse before Judge Hamilton, Judge Illston, Judge Jenkins, and Judge Wilken.

The vendor has made all necessary arrangements with the Court's computer networking personnel. To proceed, the vendor requires permission from the Court to place an order for the high-speed connection to the internet from the courthouse. The vendor equipment required to utilize this connection is as follows: one (1) telephone cable, one (1) small router, one (1) firewall, and cables, wires, peripherals and tools necessary to install and connect said equipment.

### Display Equipment

In addition, to facilitate the presentation of evidence to the jury, Mr. Reyes requests permission to install audio-visual display equipment as follows: four (4) laptop computers, one (1) digital projector, one (1) projection screen, six (6) flat panel monitors, one (1) plasma display, two (2) audio speakers, and miscellaneous cables and switches and connectors. The use of this display equipment will be shared between the parties in this litigation.

## [~~PROPOSED~~] ORDER

Having considered the request for permission to use internet and electronic equipment during trial scheduled to begin June 12, 2007, and for good cause appearing, permission to use the requested equipment in Courtroom 8 is **GRANTED**. The internet connection equipment to be used is as follows: one (1) telephone cable, one (1) small router, one (1) firewall, and cables, wires peripherals and tools necessary to install and connect said equipment; four (4) laptop computers, one (1) digital projector, one (1) projection screen, six (6) flat panel monitors, one (1) plasma display, two (2) audio speakers, and miscellaneous cables and connectors. Such equipment shall be installed on June 8, 2007 and removed upon completion of the trial.

**IT IS SO ORDERED**.

Dated: June 01, 2007

_____
HONORABLE CHARLES R. BREYER
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

Respectfully submitted:
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: _____/s/ Richard Marmaro_____
RICHARD MARMARO
Attorneys for Defendant Gregory L. Reyes