| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **June 15, 2007**

Reporter**: Kathy Powell**

Case No: CR-06-0556-CRB             DEFT:  GREGORY REYES
                                                          (X)Present

AUSA:  Tim Crudo/Adam Reeves              DEF ATTY: Richard Marmaro/Ronda McKaig


**REASON FOR HEARING**   Pre Trial Conference re 10K

**RESULT**  Government is not to mention sum issue in opening statements.  The Court advised counsel to workout the issue of defendant's request for government to produce revised witness list.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**_____  **for**_____


**JUDGMENT**_____
_____


Notes:_____
_____