IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY L. REYES,<br><br>　　　　Defendant. | No. C 06-00556 CRB<br><br>**ORDER** |

  A proposed verdict form is attached to this Order as Exhibit A. A set of proposed jury instructions is attached as Exhibit B. The parties shall be prepared to appear before the Court on Wednesday, July 25, 2007, to discuss these exhibits and present any objections to them prior to their submission to the jury.

  **IT IS SO ORDERED.**

Dated: July 24, 2007　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\JURY MATERIALS\order re proposed instructions.wpd