1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,          No. C 06-00556 CRB
12           Plaintiff,                **ORDER**
13      v.
14  GREGORY L. REYES,
15           Defendant.
16  _____/

17   A set of revised proposed instructions is attached to this Order as Exhibit A. For ease
18  of navigation, a "red-lined" version of the document is also attached as Exhibit B, indicating
19  the revisions. The parties may file any objections that they have to these proposed
20  instructions in a brief, not to exceed eight pages, by Thursday, July 26, 2007, at 7:00 a.m. As
21  to any objection that the parties might raise to the instructions proposed by the Court, the
22  parties shall recommend alternative instructions or language to be used instead.
23      **IT IS SO ORDERED.**
24
25
26  Dated: July 25, 2007                       CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE
27
28

G:\CRBALL\2006\0556cr\JURY MATERIALS\order (2) re proposed instructions.wpd