IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00556-1 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY L. REYES, | |
| Defendant. / | |

By Wednesday, November 21, 2007, the parties shall submit under seal two copies of any document in their possession relating to any kind of agreement between Gregory Reyes and Brocade purporting to indemnify Reyes or otherwise assume the payment of legal fees and costs, including – but not limited to – the right to seek indemnification or reimbursement for the costs of defense, as well as the costs associated with a fine and/or penalty.

**IT IS SO ORDERED.**

Dated: November 16, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE