IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00556-1 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY L. REYES, | |
| Defendant. | |

The Court directs the Northern District of California Clerk to UNSEAL docket number 730, filed on November 27, 2007.

Sentencing is scheduled for Wednesday, December 19, 2007 at 9:00a.m.

**IT IS SO ORDERED.**

Dated: December 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE