IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff,<br>　v.<br>GREGORY L. REYES,<br>　　　　Defendant._____/ | No. C 06-00556-1 CRB<br>**ORDER** |

On page 5, line 10 of this Court's order dated December 19, 2007 – docket number 763 – the word "seal" was erroneously used as a result of typographical error. Of course, the Court granted the government's motion to <u>unseal</u>. The Court therefore orders that the word "seal" on page 5, line 10 of docket number 763 be deleted, and replaced with "unseal."

**IT IS SO ORDERED.**

Dated: December 19, 2007　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE