IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00556-1 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY L. REYES, | |
| Defendant. | |

Sentencing is scheduled for Wednesday, January 16, 2008 at 9:00a.m. Any sentencing memoranda must be filed by the parties on or before Wednesday, January 9, 2008.

**IT IS SO ORDERED.**

Dated: December 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE