RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
RONDA J. MCKAIG (Bar No. 216267)
RYAN H. WEINSTEIN (Bar No. 240405)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
cgunther@skadden.com
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant GREGORY L. REYES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES and STEPHANIE JENSEN,<br><br>Defendants. | CASE NO. CR 06 0556 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND FILING DEADLINE ON SENTENCING BRIEFS TO JANUARY 10, 2008**<br><br>Sentencing Date: January 16, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

|     |     |
| --- | --- |
| 1   | |
| 2   | The United States and Gregory L. Reyes, by and through their respective counsel, hereby agree and stipulate as follows: |

The United States and Gregory L. Reyes, by and through their respective counsel, hereby agree and stipulate as follows:

**STIPULATION**

WHEREAS the parties' Sentencing Briefs are currently due on January 9, 2008; and

WHEREAS the parties need an additional day to complete their Sentencing Briefs; and

WHEREAS the parties have agreed that the filing deadline date may be extended by one day to Thursday, January 10, 2008; and

WHEREAS the parties agree that any responses to the Sentencing Briefs will be filed on Monday, January 14, 2008.

IT IS HEREBY AGREED AND RESOLVED, subject to the Court's approval, that the filing deadline for the parties' Sentencing Briefs shall be January 10, 2008, and any responses shall be filed on January 14, 2008.

January 8, 2008                                        U.S. DEPARTMENT OF JUSTICE

                                                    /s/
                                                    Timothy P. Crudo
United States Assistant Attorney

January 8, 2008                                        SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP

                                                  /s/
                                                  Richard Marmaro
Attorney for Gregory L. Reyes

**[~~PROPOSED~~ ORDER]**

For good cause appearing, the parties' request to extend the deadline to file their Sentencing Briefs shall be GRANTED. The Sentencing Briefs shall be filed on January 10, 2008, and any responses thereto shall be filed on January 14, 2008~~.~~ by 12:00p.m.

**IT IS SO ORDERED.**

Dated: January 8, 2008

IT IS SO ORDERED
Judge Charles R. Breyer

The Honorable
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Christopher J. Gunther (admitted *Pro Hac Vice*)
Jack P. DiCanio
Ronda J. McKaig

By: /s/ Richard Marmaro
    RICHARD MARMARO
    Attorneys for Defendant
    GREGORY L. REYES

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE BRIEFING ON LOSS ISSUES;
CASE NO. CR 06 0556 CRB

2

1 | I, Richard Marmaro, am the ECF User whose identification and password are being used to
2 | file this Stipulation and [Proposed] Order to Extend the Deadline To File Sentencing Briefs.  In
3 | compliance with General Order 45.X.B., I hereby attest that Timothy P. Crudo has concurred in
4 | this filing.

7 | DATED: January 8, 2008                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

9 |                                             /s/ Richard Marmaro
                                                  Richard Marmaro