1  RICHARD MARMARO (Bar No. 91387)
   rmarmaro@skadden.com
2  JACK P. DICANIO (Bar No. 138782)
   jdicanio@skadden.com
3  RONDA J. MCKAIG (Bar. No. 216267)
   rmckaig@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
6  Fax: (213) 687-5600

7

8  CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
   cgunther@skadden.com
   4 Times Square
9  New York, New York  10036
   Tel: (212) 735-3000
10 Fax: (212) 735-2000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES,<br><br>Defendant. | CASE NO. CR 06-0556 CRB<br><br>[PROPOSED] ORDER ~~GRANTING~~ Denying ADMINISTRATIVE MOTION OF GREGORY L. REYES TO FILE UNDER SEAL THE UNREDACTED EXHIBIT 4 TO THE SUPPLEMENTAL DECLARATION OF RONDA J. MCKAIG IN SUPPORT OF GREGORY L. REYES'S REPLY BRIEF IN SUPPORT OF HIS MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE<br><br>Sentencing Date:  January 16, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNREDACTED EXHIBIT 4 UNDER SEAL**; No. CR06-0556 CRB

**[PROPOSED] ORDER**

The Court has carefully considered the Administrative Motion to File Under Seal the Unredacted Exhibit 4 to the Supplemental Declaration of Ronda McKaig, and the papers filed herein, and with good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED. DENIED.

*[Stamp: DENIED — Judge Charles R. Breyer — United States District Court, Northern District of California]*

DATED: January 9, 2008    By: _____
HONORABLE CHARLES R. BREYER
United States District Court Judge

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     /s/ Richard Marmaro
        Richard Marmaro
  Attorneys for Defendant Gregory L. Reyes

---

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNREDACTED EXHIBIT 4 UNDER SEAL; No. CR06-0556 CRB**

1