1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12           Plaintiff,

13    v.

14 GREGORY L. REYES,

15           Defendant.

16

No. C 06-00556 CRB

**ORDER DENYING UNITED STATES'
APPLICATION FOR SEALING
ORDER**

17      The government's application for an order that would seal correspondence from

18 Brocade Communications Systems, Inc. relating to the amount of restitution that should be

19 ordered at sentencing is DENIED. The concerns that traditionally justify maintaining the

20 privacy of a victim's loss statement are absent where, as here, the alleged victim is a public

21 corporation.

22     **IT IS SO ORDERED.**

23

24

25 Dated: January 10, 2008

          CHARLES R. BREYER
          UNITED STATES DISTRICT JUDGE

26

27

28

G:\CRBALL\2006\0556cr\Order Denying Application for Seal.wpd