IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY L. REYES,<br><br>    Defendant._____/ | No. C 06-00556-1 CRB<br><br>**ORDER** |

The defendant is ordered to deposit by March 31, 2008, in the registry of the district court, the amount of $15,000,000. See 18 U.S.C. § 3572(g)(1). No interest will be due provided that the full amount is deposited by March 31, 2008.

**IT IS SO ORDERED.**

Dated: February 14, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\Fine Order.wpd