IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-0556 CRB |
| Plaintiff, | **ORDER GRANTING MOTION FOR DISCLOSURE OF *BRADY* MATERIAL** |
| v. | |
| GREGORY REYES, | |
| Defendant. | |

This Court is in receipt of Defendant's motion for disclosure of *Brady* and *Giglio* material. The Government opposes the motion.

As is apparent in the papers, the Government has agreed to provide – without conceding that it is obligated to do so – most of what Defendant has asked for. The remaining dispute concerns the Government's obligation to disclose non-written information in the possession of the SEC. To that end, the Government is hereby ORDERED to request that the SEC disclose any unwritten *Brady* or *Giglio* material in the possession of its attorneys or other employees.

**IT IS SO ORDERED.**

Dated: February 16, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\Reyes Retrial\Brady Order.wpd