IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GREGORY REYES,

    Defendant.

                                    /

No. C 06-0556 CRB

**ORDER**

The Court wishes to entertain the parties' views as to (1) the appropriate loss calculation and (2) any restitution issues in advance of sentencing. The government is hereby ORDERED to submit a brief addressing both issues by April 30, 2010. The Defendant's opposition will be due May 14, and the Government's reply on May 21.

**IT IS SO ORDERED.**

Dated: April 13, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE