IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GREGORY L. REYES,<br><br>  Defendant.<br>_____/ | No. CR 06-00556-1 CRB<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) DEFENDANT'S SENTENCING MEMORANDUM AND (2) SUPPORTING DECLARATION OF NEAL J. STEPHENS AND EXHIBITS THERETO** |

Defendant Gregory L. Reyes's Administrative Motion to File Under Seal (1) Defendant's Principal Sentencing Memorandum and (2) Supporting Declaration of Neal J. Stephens and Exhibits Thereto is DENIED.

**IT IS SO ORDERED.**

Dated: June 21, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\Reyes Retrial\Order Denying Admin Mtn to File Under Seal.wpd