FILED

UNITED STATES COURT OF APPEALS

AUG 09 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>  v.<br><br>GREGORY L. REYES,<br><br>  Defendant - Appellant. | No. 10-10323<br><br>D.C. No. 3:06-cr-00556-CRB-1<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GOULD and M. SMITH, Circuit Judges, and MARBLEY, District Judge.[*]

The Motion for Leave to Withdraw Appearance, filed by Counsel Micah S. Myers for Defendant-Appellant Reyes, is GRANTED.

---

[*] The Honorable Algenon L. Marbley, United States District Judge for the Southern District of Ohio, sitting by designation.