UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GREGORY L. REYES,<br><br>Defendant - Appellant. | No. 10-10323<br><br>D.C. No. 3:06-cr-00556-CRB-1<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered October 13, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

> FOR THE COURT:
> Molly C. Dwyer
> Clerk of Court
>
> Synitha Walker
> Deputy Clerk