**FILED**

**NOV 1 5 2011**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 15, 2011

CASE NUMBER: CR06-556 CRB

USCA NUMBER: 10-10323

CASE TITLE: US-v-Gregory L. Reyes
DATE MANDATE FILED: Nov. 15, 2011

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Distribution:  CIVIL -     Counsel of Record

CRIMINAL  -   Counsel of Record - ECF notification
              U.S. Marshal (Copy of Mandate)        X
              U.S. Probation Office                 X

o:\mrg\crim\mandate.mrg                                        Rev 11/95