COOLEY LLP
STEPHEN C. NEAL (170085)
(nealsc@cooley.com)
NEAL J. STEPHENS (152071)
(nstephens@cooley.com)
KATHLEEN H. GOODHART (165659)
(kgoodhart@cooley.com)
CHRISTOPHER DURBIN (218611)
(cdurbin@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
GREGORY L. REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES,<br><br>Defendant. | Case No. CR 06-00556 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT GREGORY L. REYES'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE<br><br>Date: January 4, 2012<br>Time: 2:15 p.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

1  Having reviewed the submissions relating to Defendant Gregory L. Reyes's Motion to
2  Modify Conditions of Supervised Release, and good cause appearing therefore,
3  The motion is GRANTED. The judgment in this case is MODIFIED to state, as the first
4  condition of supervised release, that "The defendant shall be permitted to travel outside the
5  judicial district from time to time while he is on supervised release upon advance notice to his
6  probation officer regarding the intended dates and location of his travel."

8  IT IS SO ORDERED.

9  DATED: DEC 27 2011 ,

    _____
    HON. CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

995225/HN