# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 14, 2012

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Gregory L. Reyes
          v. United States
          No. 11-1003
          (Your No. 10-10323
          )

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 10, 2012 and placed on the docket February 14, 2012 as No. 11-1003.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst