MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, State Bar No. 47918
SHARON R. SMITH, State Bar No. 221428
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel: (415) 442-1000; Fax: (415) 442-1001
fgowdy@morganlewis.com
srsmith@morganlewis.com

Attorneys for Defendant
GREGORY L. REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY L. REYES,<br><br>　　　　　　　Defendant. | Case No. CR-06-00556 CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF COUNSEL
DB2/ 23642667.1

USDC – N.D. of CA Case No. CR-06-0056 CRB

1  Defendant Gregory L. Reyes, files this Notice of Appearance and hereby notifies the
2  Court that Franklin Brockway Gowdy and Sharon R. Smith of the law firm Morgan, Lewis &
3  Bockius LLP, One Market, Spear Street Tower, San Francisco, California 94105, hereby enter
4  their appearance as counsel of record for Defendant Reyes in the above-referenced matter. All
5  pleadings, discovery, correspondence, and other materials should be served upon counsel at the
6  address listed above.

8  Dated: November 1, 2012                MORGAN, LEWIS & BOCKIUS LLP

10                                         By              /S/
                                              Sharon R. Smith

12                                         Attorneys for Defendant
                                           GREGORY L. REYES