1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LEAH K. BOLSTAD (OSB #05203)
   Special Attorney
5
       1000 S.W. Third Ave., Suite 600
6      Portland, OR 97204-2902
       Telephone:  (503) 727-1125
7      Facsimile:  (503) 727-1117
       Email:  Leah.Bolstad@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )  No. CR 06-556 CRB
14                                     )
            Plaintiff,                 )
15                                     )  **NOTICE OF ADDITIONAL**
            v.                         )  **COUNSEL**
16                                     )
   GREGORY R. REYES,                   )
17                                     )
            Defendant.                 )
18   _____)

19
            This is to notify the court and all parties that effective immediately, Special Attorney
20
   Leah K. Bolstad will be representing the United States in the above-captioned case.  Please
21
   include AUSA Bolstad in all future correspondence, pleadings, and notices.
22

23  ///

24  ///

25  ///

26  ///

27

28

1   AUSA Bolstad's information is as follows:

2

3                        LEAH K. BOLSTAD, OSB #05203
                         Assistant United States Attorney
4                        1000 S.W. Third Avenue, Suite 600
                         Portland, OR 97204-2902
5                        Telephone:  (503) 727-1125
                         Facsimile:  (503) 727-1117
6                        Email:  Leah.Bolstad@usdoj.gov

7

8   DATED: November 27, 2012              Respectfully submitted,

9                                         ERIC H. HOLDER, Jr.
                                          Attorney General
10

11                                        _____/s/_____ _____

12                                        LEAH K. BOLSTAD
                                          Special Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  CR 06-0556-01 CRB
    NTC. OF ADDITIONAL COUNSEL
                                    2